UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

GWG MCA CAPITAL, INC.,

        Plaintiff,

v.

NULOOK CAPITAL, LLC, ROBERT AURIGEMA, JOHN GUZZETTI, ANTHONY MANNINO, JOEL NAZARENO, H. RUSSELL HEISER, and HEISER ENTERPRISES, LLC,

        Defendants.

Case No. 2:17-cv-01724 (GRB)

## STIPULATION OF DISCONTINUANCE

PLEASE TAKE NOTICE that the parties hereto, by their undersigned counsel, hereby stipulate, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), that this action and all claims herein against Defendant ROBERT AURIGEMA are discontinued and dismissed with prejudice, all parties to bear their own costs.

Dated: July 25, 2019
New York, NY

EDWARD STONE LAW FIRM P.C.

By: _____
Edward S. Stone, Esq.
300 Park Avenue, 12th Floor
New York, NY 10022
Tel. 646-933-3143
Fax. 203-348-8477
Email: eddie@edwardstonelaw.com
*Attorneys for Plaintiff*
*GWG MCA Capital, Inc.*

Dated: July 25, 2019
Newark, NJ

GOLDBERG SEGALLA LLP

By: _____
Matthew S. Trokenheim, Esq.
1037 Raymond Blvd., Suite 1010
Newark, NJ 07102
Tel. 973-681-7000
Fax. 973-681-7101
mtrokenheim@goldbergsegalla.com
*Attorneys for Defendant*
*Robert Aurigema*