| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |
| BEFORE: STEVEN I. LOCKE<br>U.S. MAGISTRATE JUDGE | DATE:  7/20/2023<br>TIME:  10:00 am |

CASE:  **CV 17-1724 (SIL) GWG MCA Capital Inc. v. NuLook Capital LLC et al**

TYPE OF CONFERENCE:   MOTION

APPEARANCES:
　　　　For Plaintiff:   No appearance necessary

　　　　For Defendant: Paul Haberman (Nazareno deft)
　　　　　　　　　　　Randall Jacobs (NuLook deft)

**THE FOLLOWING RULINGS WERE MADE:**

☐　　Scheduling Order entered.

☐　　The court has adopted and So Ordered the joint proposed scheduling order [    ] submitted by the parties.

☐　　The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

☒　　Other:   Oral argument held.  Defendant Joel Nazareno's unopposed motion to strike and for summary judgment, DE [330], is granted in part and denied in part as follows. GWG's Fourth Amended Complaint is stricken to Nazareno.  GWG's Answer to Nazareno's counterclaims is also stricken.  Consistent with the discussion on the record, Nazareno is directed to seek a certificate of default from the Clerk of the Court as to his counterclaims, which the Clerk of the Court should grant.  Once the certificate is obtained, Nazareno may then serve and file a motion for a default judgment as to those counterclaims pursuant to Fed. R. Civ. P. 55 consistent with the Court's individual rules.

　　　　　　　　　　　　　　　　　　SO ORDERED

　　　　　　　　　　　　　　　　　　 /s/Steven I. Locke
　　　　　　　　　　　　　　　　　　STEVEN I. LOCKE
　　　　　　　　　　　　　　　　　　United States Magistrate Judge