| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**EASTERN DISTRICT OF NEW YORK** | **CIVIL CONFERENCE**<br>**MINUTE ORDER** |
| BEFORE: STEVEN I. LOCKE<br>          U.S. MAGISTRATE JUDGE | DATE: 10/15/24<br>TIME:  1:30 pm |

CASE:  **CV 17-1724 (SIL) GWG MCA Capital Inc. v. Nulook Capital LLC**
TYPE OF CONFERENCE: OTSC                                        FTR:

APPEARANCES:
    For Plaintiff:   No appearance

    For Defendant: No appearance

**THE FOLLOWING RULINGS WERE MADE:**

☐    Scheduling Order entered.

☐    The court has adopted and So Ordered the joint proposed scheduling order [     ] submitted by the parties.

☐    The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

☒    Other:  No appearance from either party. An order to follow.

                                                            SO ORDERED

                                                             /s/Steven I. Locke
                                                            STEVEN I. LOCKE
                                                            United States Magistrate Judge